**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 4:23-CR-18 (CDL-MSH)** |
| | : | |
| **JOSHUA HOLLAND** | : | |
| **Defendant** | : | |
| | : | |
| | : | |
| | : | |

**ORDER ON RESTITUTION**

AND NOW, upon review and consideration of the Restitution Agreement,

it is ORDERED that the Restitution Agreement is APPROVED and ADOPTED by

this Court.

IT IS FURTHER ORDERED that:

Defendant Holland shall pay restitution jointly and severally of

$76,625.25 apportioned in the amounts to each respective victim listed in

the below table:

| IDENTIFIABLE VICTIM | AGREED AMOUNT OF RESTITUTION |
|---|---|
| Money Mizer LLC (Columbus) 1648 Manchester Expressway Columbus, GA 31904 | **$40,226.52** to be paid jointly and severally with Holman, Lowery, and Sanders |

| IDENTIFIABLE VICTIM | AGREED AMOUNT OF RESTITUTION |
|---|---|
| Money Mizer LLC (Phenix City)<br>1029 East 280 Bypass<br>Phenix City, AL 36867 | **$18,834.33** to be paid jointly and severally with Braxton and Wofford |
| A Better Pawn<br>4400 2nd Ave, Suite 4<br>Columbus, GA 31904 | **$10,810.00** to be paid jointly and severally with Braxton, Sanders, and Starks |
| North American Risk Services<br>PO Box 166002<br>Altamonte Springs, FL 32716 | **$6,754.40** to be paid jointly and severally with Braxton, Sanders, and Starks |
| **Total** | $76,625.25 |

The restitution will be distributed to each victim listed above by the Clerk of this Court. The full amount of the restitution imposed will be due and payable immediately, and present and future assets of each Defendant are subject to enforcement and may be included in the treasury offset program allowing qualified federal benefits to be applied to the balance of the restitution owed.

SO ORDERED, this 30th day of August 2024.


S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA